WENDY MEDURA KRINCEK, ESQ., Bar # 6417
JAMIE CHU, ESQ., Bar # 10546
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811

Attorneys for Defendants
VALLEY HEALTH SYSTEM, LLC, D/B/A DESERT SPRINGS HOSPITAL; AND RAEJOHNE FOSTER

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA CUMMINGS,<br><br>     Plaintiff,<br><br>vs.<br><br>VALLEY HEALTH SYSTEM, LLC, a Delaware Limited-Liability Company d/b/a DESERT SPRINGS HOSPITAL; RAEJOHNE FOSTER, an individual,<br><br>     Defendants. | **CASE NO. 2:13-CV-00479-APG-GWF**<br><br>**STATUS REPORT PURSUANT TO ORDER (DOC. 46) AND ORDER TO EXTEND THE REBUTTAL EXPERT DEADLINE** |

      Plaintiff Angela Cummings ("Plaintiff"), and Defendants Valley Health System, LLC, d/b/a Desert Springs Hospital and RaeJohne Foster (hereinafter collectively referred to as "Defendants"), by and through their undersigned counsel, hereby file this Status Report to the Court pursuant to its Order (Doc. 46) regarding the Stipulation and Order to Extend the Rebuttal Expert Deadline (Doc. 45).

      As the Court is aware, Defendants served the subpoena for Plaintiff's medical records to Southwest Medical Associates on March 17, 2014. Southwest Medical Associates' response to the subpoena for records was due on or before April 4, 2014. Defendants received Southwest Medical Associates' subpoena response on April 9, 2014, which consists of 826 pages.

      The Order provides that upon receipt of a status report regarding the receipt of the medical

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

records the Court would grant a 30 day extension of the deadline to make rebuttal expert disclosures (Doc. 46). Accordingly, the parties respectfully request that the Court grant their Stipulation and Order to amend the current scheduling order and discovery plan (third request) by extending the current rebuttal expert deadline date of March 24, 2014 for 30 days from April 9, 2014, the date Defendants received the subpoena response from Southwest Medical Associates, to **May 9, 2014**, with all other discovery deadlines to remain the same pursuant to the Court's Order (Doc. 40) filed on January 14, 2014. As such, discovery in this matter will close on May 19, 2014 (Doc. 40). However, notwithstanding the discovery date, Defendant agrees that Plaintiff will have until June 8, 2014 to depose Defendant's rebuttal expert, if one is retained in this matter. This extension is sought in good faith and not for the purpose of delay.

Dated: April 14, 2014

Respectfully submitted,

/s/ James P. Kemp, Esq.
JAMES P. KEMP, ESQ.
KEMP & KEMP, ATTORNEYS AT LAW

Attorneys for Plaintiff

Dated: April 14, 2014

Respectfully submitted,

/s/ Jamie Chu, Esq.
WENDY MEDURA KRINCEK, ESQ.
JAMIE CHU, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

Dated this __21st__ day of April, 2014

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

Firmwide:126260355.1 069080.1036

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.