WENDY MEDURA KRINCEK, ESQ., Bar # 6417
MARCUS B. SMITH, ESQ., Bar # 12098
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
E-mail: wkrincek@littler.com
mbsmith@littler.com

Attorneys for Defendant
RAEJOHNE FOSTER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA CUMMINGS,<br><br>Plaintiff,<br><br>vs.<br><br>VALLEY HEALTH SYSTEM, LLC, a Delaware Limited-Liability Company d/b/a DESERT SPRINGS HOSPITAL; RAEJOHNE FOSTER, an individual,<br><br>Defendants. | CASE NO. 2:13-CV-00479-APG-GWF<br><br>**STIPULATION TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER**<br><br>**[SECOND REQUEST]** |

Plaintiff, ANGELA CUMMINGS, and Defendant, RAEJOHNE FOSTER, the sole remaining defendant, by and through their respective counsel of record, hereby stipulate and agree to extend the current deadline to file a Joint Pretrial Order from December 4, 2017, (*see* ECF No. 109), up to and including **January 8,** 2018.

Good cause and excusable neglect exist for the requested extension. Specifically, the parties recently attempted to settle this matter at a settlement conference. (*See* ECF No. 110). Though no settlement was reached, the parties have directed their time and resources to achieving a resolution to this matter. Due to the impending holiday schedule, and the parties' continued efforts to resolve this case, the parties believe a reasonable extension of time to submit the Joint Pretrial Order is warranted. The parties therefore request an extension up to and including **January 8, 2018**.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This is the second request for an extension of this deadline and it is sought in good faith and not for the purpose of delay.

Dated: November 29, 2017

Respectfully submitted,

*/s/ James P. Kemp*
JAMES P. KEMP, ESQ.
KEMP & KEMP, ATTORNEYS AT LAW

Attorney for Plaintiff

Dated: November 29, 2017

Respectfully submitted,

*/s/ Marcus B. Smith*
WENDY MEDURA KRINCEK, ESQ.
MARCUS B. SMITH, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants

**ORDER**

**IT IS SO ORDERED.**

Dated this 30th day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Firmwide:151470007.1 069080.1036

2.