1  JAMES P. KEMP, ESQUIRE
   Nevada Bar No. 006375
2  KEMP & KEMP
3  7435 W. Azure Drive, Suite 110
   Las Vegas, NV 89130
4  (702) 258-1183/258-6983(fax)
   jp@kemp-attorneys.com
5  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| ANGELA CUMMINGS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED HEALTHCARE SERVICES, INC., a Delaware Corporation; UHS OF DELAWARE, INC., a Delaware Corporation; VALLEY HEALTH SYSTEM, LLC, a Delaware Limited-Liability Company d/b/a DESERT SPRINGS HOSPITAL; RAEJOHNE FOSTER, an individual,<br><br>　　　　Defendants. | Case No.: 2:13-cv-479-APG-GWF<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL**<br><br>**[FIRST REQUEST]** |

## **STIPULATION**

It is hereby stipulated by and between the parties, through their respective counsel, that the trial of this matter be continued from its current October 29, 2018 date, along with other associated hearings and deadlines. The parties are requesting a continued trial date during the court's trial stack that begins on or about January 28, 2019, with a specific trial date preferably in the month of February 2019. This stipulation is submitted and based upon the following:

1. That Plaintiff's Counsel has requested this continuance and has informed Defendant's counsel that such continuance is necessary because Plaintiff's Counsel contacted Plaintiff Angela Cummings to prepare for trial and was informed that she was out of state in Georgia to care for her mother who suffered a serious and life threatening

1

medical episode. Ms. Cummings informed counsel that she is unsure of when she will be able to return to Nevada after dealing with this family health emergency.

2. Counsel for the parties met and conferred and decided that with the holiday season upcoming, and without a clear estimation of when Ms. Cummings will be able to return that the best course of action is to request a continuance of the trial date for approximately three months. Counsel consulted their calendars and determined that a trial date during the court's January 28, 2019 trial stack, preferably in February 2018 should be mutually convenient to the parties. This trial is expected to be short and will likely take no more than two days to complete. Thus, the trial could start even mid-week and be completed by the end of any given week.

DATED this 12th day of October, 2018.

/s/ James P. Kemp
James P. Kemp, Esq.
Nevada Bar No. 6375
KEMP & KEMP ATTORNEYS AT LAW
7435 West Azure Drive, Suite 110
Las Vegas, NV 89130
Attorney for Plaintiff

/s/ Marcus B. Smith
Wendy Medura Krincek, Esq.
Marcus B. Smith, Esq.
LITTLER MENDELSON, P.C.
3960 Howard Hughes Pkwy, Suite 300
Las Vegas, NV 89169
Attorneys for Defendants

**ORDER**

Good cause appearing, the above stipulation is approved. The trial of this matter is continued until  February 11th , 2019 at  9:00  a.m. Calendar call shall be on  February 5th , 2019 at  8:45  a.m. in Courtroom 6C.

**IT IS SO ORDERED**

_____
U.S. DISTRICT COURT JUDGE

Dated:  October 15, 2018

2