1  WENDY MEDURA KRINCEK, ESQ., Bar # 6417
   MARCUS B. SMITH, ESQ., Bar # 12098
2  KELSEY E. STEGALL, ESQ., Bar # 14279
   LITTLER MENDELSON, P.C.
3  3960 Howard Hughes Parkway, Suite 300
   Las Vegas, NV  89169-5937
4  Telephone:    702.862.8800
   Fax No.:      702.862.8811
5  Email: wkrincek@littler.com
   Email: mbsmith@littler.com
6  Email: kstegall@littler.com

7  Attorneys for Defendant
   RAEJOHNE FOSTER

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELA CUMMINGS,<br><br>              Plaintiff,<br><br>vs.<br><br>VALLEY HEALTH SYSTEM, LLC, a Delaware Limited-Liability Company d/b/a DESERT SPRINGS HOSPITAL; RAEJOHNE FOSTER, an individual,<br><br>             Defendants. | Case No. 2:13-CV-00479-APG-GWF<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO VACATE TRIAL**<br><br>**ORDER** |

**PLEASE TAKE NOTICE** that Plaintiff Angela Cummings ("Plaintiff"), and Defendant RaeJohne Foster ("Defendant") have reached a settlement resolving the sole remaining claim in this matter. The parties are in the process of drafting and finalizing a written settlement agreement.

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

The parties will file a stipulation of dismissal for the entire action with prejudice within thirty (30) days of the date of this Notice. In light of the settlement, the parties additionally stipulate to vacate the trial scheduled to begin on February 26, 2019.

Dated: February 19, 2019

By: */s/ James P. Kemp*
    JAMES P. KEMP, ESQ.
    KEMP & KEMP, ATTORNEYS AT LAW

  Attorney for Plaintiff

Dated: February 19, 2019

By: */s/ Marcus B. Smith*
    WENDY M. KRINCEK, ESQ.
    MARCUS B. SMITH, ESQ.
    KELSEY E. STEGALL, ESQ.
    LITTLER MENDELSON, P.C.

  Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED.**

Dated: February 20, 2019

_____
JUDGE ANDREW P. GORDON
UNITED STATES DISTRICT COURT

FIRMWIDE:162538051.1 069080.1036

2.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800