WENDY MEDURA KRINCEK, ESQ., Bar # 6417
MARCUS B. SMITH, ESQ., Bar # 12098
KELSEY E. STEGALL, ESQ., Bar # 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: wkrincek@littler.com
Email: mbsmith@littler.com
Email: kstegall@littler.com

Attorneys for Defendant
RAEJOHNE FOSTER

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA CUMMINGS,<br><br>    Plaintiff,<br><br>vs.<br><br>VALLEY HEALTH SYSTEM, LLC, a Delaware Limited-Liability Company d/b/a DESERT SPRINGS HOSPITAL; RAEJOHNE FOSTER, an individual,<br><br>    Defendants. | Case No. 2:13-CV-00479-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE DISMISSAL PAPERS**<br><br>**(First Request)** |

    Defendant RaeJohne Foster ("Foster") and Plaintiff Angela Cummings ("Cummings"), by and through their respective counsel of record, hereby stipulate and agree to extend the deadline to submit dismissal papers by 14 days from the current deadline of March 22, 2019 to **April 5, 2019**.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Counsel for both parties are in the process of revising and finalizing the settlement agreement. This extension is necessary to provide counsel adequate time for the parties to fully execute the agreement. This is the first request.

Dated: March 22, 2019

Respectfully submitted, Respectfully submitted,

*/s/ James P. Kemp, Esq.*
JAMES P. KEMP, ESQ.
KEMP & KEMP, ATTORNEYS AT LAW

Attorneys for Plaintiff

*/s/ Marcus B. Smith, Esq.*
WENDY MEDURA KRINCEK, ESQ.
MARCUS B. SMITH, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant

**IT IS SO ORDERD.**

_____
UNITED STATES DISTRICT JUDGE
Dated: March 22, 2019.

FIRMWIDE:163175698.1 069080.1036

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.