WENDY MEDURA KRINCEK, ESQ., Bar # 6417
MARCUS B. SMITH, ESQ., Bar # 12098
KELSEY E. STEGALL, ESQ., Bar # 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
Email: wkrincek@littler.com
Email: mbsmith@littler.com
Email: kstegall@littler.com

Attorneys for Defendant
RAEJOHNE FOSTER

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA CUMMINGS,<br><br>        Plaintiff,<br><br>vs.<br><br>VALLEY HEALTH SYSTEM, LLC, a Delaware Limited-Liability Company d/b/a DESERT SPRINGS HOSPITAL; RAEJOHNE FOSTER, an individual,<br><br>        Defendants. | Case No. 2:13-CV-00479-APG-GWF<br><br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND THE DEADLINE TO FILE DISMISSAL PAPERS**<br><br>**(Second Request)** |

      Defendant RaeJohne Foster ("Foster") and Plaintiff Angela Cummings ("Cummings"), by and through their respective counsel of record, hereby stipulate and agree to extend the deadline to submit dismissal papers by from the current deadline of April 5, 2019 to **May 6, 2019**.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Counsel for both parties recently resolved a final issue related to the terms of the agreement and are awaiting the return of the executed settlement agreement from Plaintiff. A thirty-one day extension is requested to allow sufficient time to finalize the settlement process and file a stipulation of dismissal. This is the second request.

Dated: April 4, 2019

Respectfully submitted,                          Respectfully submitted,


*/s/ James P. Kemp, Esq.*                         */s/ Marcus B. Smith, Esq.*
JAMES P. KEMP, ESQ.                              WENDY MEDURA KRINCEK, ESQ.
KEMP & KEMP, ATTORNEYS AT LAW                    MARCUS B. SMITH, ESQ.
                                                 KELSEY E. STEGALL, ESQ.
Attorneys for Plaintiff                          LITTLER MENDELSON, P.C.

                                                 Attorneys for Defendant


**IT IS SO ORDERD.**

Dated this __5th__ day of April, 2019.


_____
UNITED STATES DISTRICT JUDGE


FIRMWIDE:163615199.1 069080.1036

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800